UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1676 ADM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROXANNE R. HEINRICH,<br>Defendant. | ) | ORDER |

This matter comes before the Court on plaintiff's motion to reopen the Court's minute order of dismissal of this action for the purpose of enforcing settlement and, alternatively, to enter judgment for the plaintiff.

Mary L. Trippler, Assistant U.S. Attorney, appears for plaintiff; Dean L. McAdams, appears for defendant.

Based upon the briefs and arguments of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. The dismissal order of December 1, 2000 is rescinded; and

2. Judgment is entered for plaintiff and against defendant in the amount of $9,226.44 in principal; prejudgment interest through May 25, 2000, of $5,039.48; additional prejudgment interest at the rate of 9% per annum

SEP 2 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 28
DEPUTY CLERK

to the date of entry of judgment; postjudgment interest at the legal rate; and, pursuant to 28 U.S.C. § 2412, costs of $150.00, less payments made of $600.00.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28 2001

ANN D. MONTGOMERY
United States District Court Judge